# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANGELA M. JORDAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | **NO. CV 06-1003-JPG** |
| ) | |
| **FIRST CREDIT SERVICES, INC.,** ) | |
| **an Illinois corporation doing business as** ) | |
| **Liability Corporation known as John** ) | |
| **Stanley Weinberg & Associates,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   May 1, 2007

NORBERT JAWORSKI, CLERK

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
              **U. S. DISTRICT JUDGE**